UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| KENNIE JAY PHELPS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Civil No. 06-4874 (MJD/JJG)<br><br>**ORDER** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Application To Proceed <u>In Forma Pauperis</u>, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: April 26, 2007

　　　　　　　　　　　　　　　　　　　s/Michael J. Davis
　　　　　　　　　　　　　　　　　　　MICHAEL J. DAVIS
　　　　　　　　　　　　　　　　　　　United States District Court Judge